**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:  Case No. 8:24-bk-04769-CED

Chapter 13

DANIELLE RENEE AHMED

Debtor(s)*

---

**TRUSTEE'S MOTION TO DISMISS FOR**
**FAILURE TO MAKE PAYMENTS TO THE TRUSTEE**

Kelly Remick, the Chapter 13 Standing Trustee, by and through her undersigned attorney, hereby moves to dismiss the above-styled Chapter 13 case, and in support thereof would state as follows:

1. As of December 26, 2024, the Debtor is delinquent in payments ordered to be paid to the Chapter 13 Trustee to the extent of $10,382.01, which sum is through and including the December 2024 payment.

2. The Debtor's failure to make timely payments to the Chapter 13 Trustee is contrary to the terms of the Administrative Order entered in this case and as such constitutes grounds for dismissal pursuant to 11 U.S.C. §1307(c)(1) as a willful failure of the Debtor to abide by Orders of the Court and as an unreasonable delay that is prejudicial to creditors.

WHEREFORE, the Trustee respectfully requests that the Court enter an order dismissing the Debtor's case for failure to make plan payments for the above-styled Chapter 13 case, together with such other and further relief as the Court deems just and

---

*All reference to "Debtor" shall include and refer to both of the Debtors in a case filed jointly by two individuals.

1

proper.

    I HEREBY CERTIFY that a true and correct copy of the foregoing Trustee's Motion to Dismiss for Failure to Make Payments to the Trustee was furnished, by U.S. Mail and/or CM/ECF, to Danielle Renee Ahmed at 111 N 12th St. Unit 1520, Tampa, FL 33602 and Law Offices Robert M. Geller, PA 807 W Azeele Street, Tampa, FL 33606-2206 on December 26, 2024.

    <u>/s/ Lydia Marie Gazda, Esquire</u>
LYDIA MARIE GAZDA, ESQUIRE
Attorney for the Trustee
Florida Bar No. 0071842
Post Office Box 89948
Tampa, Florida 33689-0416